**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**PIERRE QUARAN HAMILTON,**

**Petitioner,**

**v.** **CASE NO. 26-3221-JWL**

**NICHOLAS BALL,**

**Respondent.**

**MEMORANDUM AND ORDER**

This pro se habeas corpus action filed pursuant to 28 U.S.C. § 2254 by Petitioner and state prisoner Pierre Quaran Hamilton comes now before the Court on Petitioner's "Motion to File Cross/Counter Claim of 750,000,000.00 U.S.D.," filed on November 4, 2026. (Doc. 26.) The motion will be denied. As previously explained to Petitioner, money damages are not available as relief in a federal habeas case brought by a state prisoner. *See Hamilton v. Ball*, 2026 WL 2476031, at *1 n. 1 (D. Kan. Aug. 24, 2026) (unpublished) (citing *Preiser v. Rodriguez*, 411 U.S. 486, 494 (1973) ("[I]n the case of a damages claim, habeas corpus is not an appropriate or available federal remedy.")); *Hamilton v. Campbell*, 2024 WL 2938833, at *1 (D. Kan. June 11, 2024) (unpublished) ("[M]oney damages are not available as relief in a federal habeas corpus action."). The Court does not anticipate further filings from Petitioner until Respondent files the PAR and the Court sets a deadline for Petitioner to respond to the PAR.

**IT IS THEREFORE ORDERED** that the motion (**Doc. 26**) is **denied.**

**IT IS SO ORDERED.**

DATED: This 13th day of November, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge